**WO**             IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) CR-06-1074-PHX-ROS |
| v. | ) |
| Michael R. Pisarik, | ) ORDER OF DETENTION |
| Defendant. | ) |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has not been held. The defendant submitted the matter to the Court.

The Court reviews the Pretrial Services Memoranda dated March 14, 2007 at the time of the hearing in this matter.

Defendant does not dispute the information contained in that memoranda.

Because of the defendant's record, his failure to appear, and failures on supervised release/probation, the Court concludes, by a preponderance of the evidence, that defendant is a flight risk and requires detention pending trial.

The Court also concludes, that no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

DATED this 14th day of March, 2007.

Edward C. Voss
United States Magistrate Judge